**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                                          20 **CR.** 314 (GHW)

                    -against-
                                                                              **JUDGMENT**

ETHAN PHELAN MELZER,

                                Defendant.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion & Order dated June 1, 2026, Mr. Melzer's Petition

under Section 2255 is denied. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any

appeal from the order would not be taken in good faith, and therefore IFP status is denied for the

purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962). Mr. Melzer

has not made a substantial showing of the denial of a constitutional right, so the Court denies a

certificate of appealability under 28 U.S.C. § 2253. Judgment is entered for the United States in

the corresponding civil case, No. 1:26-cv-88; accordingly, civil case, No. 1:26-cv-88 is closed.

**DATED:**  New York, New York
              June 3, 2026


                                                          **TAMMI M. HELLWIG**
                                            _____
                                                          **Clerk of Court**

                                **BY:**              K. mango
                                            _____
                                                          **Deputy Clerk**